IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| K.J., a minor who sues by and through his mother and next friend, Formeshia Franklin, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:18cv19-MHT (WO) |
| CTW TRANSPORTATION SERVICES, INC., and GARY S. McCALL, | ) ) ) ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The proposed settlement between plaintiff K.J. and defendants CTW Transportation Services, Inc. and Gary S. McCall is approved.

(2) This case is dismissed with prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 2nd day of August, 2018.

                                       /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**